<u>Throgmorton v. Reynolds, et al.</u>  12cv3087

**Court's Statement of Case**

This case is a class action. The Plaintiffs in this case, Beverly Throgmorton, Delores Henry, Ieshia Brown, Patricia Phillips, and Jacqueline Hegwood are representatives of approximately 200 women who were prisoners housed on units 2B and 4B of the Lincoln Correctional Center on March 31, 2011. The Defendants in this case are the following current and former employees of the Illinois Department of Corrections: Melody Hulett, Russell Reynolds, Alan Pasley, Renee Hatfield, Troy Dawdy, Russell Craig, Carlita Edmonson, Kim Johnson, Peter Leonetti, Monica Slater, Dominique Crudup, and Courtney Krull.

This lawsuit concerns strip searches conducted at Lincoln Correctional Center on March 31, 2011. Plaintiffs allege that the manner in which the strip searches were conducted violated Plaintiffs' rights under the Eighth Amendment of the United States Constitution to be free from cruel and unusual punishment. Plaintiffs allege that they were damaged as a result.

Defendants deny Plaintiffs' allegations and deny that Plaintiffs suffered any damages.