# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BEVERLY THROGMORTON, et al., ) | |
| ) | Case No. 3:12-cv-3087 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Judge Richard Mills |
| Lincoln Correctional Center Former Assistant ) | |
| Warden REYNOLDS in his individual capacity, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION TO DISMISS PLAINTIFFS' EIGHTH AMENDMENT CLAIMS AGAINST CERTAIN DEFENDANTS

Plaintiffs, on behalf of themselves and others similarly situated, by their counsel, LOEVY & LOEVY, hereby move to dismiss without prejudice their Eighth Amendment claims against certain defendants. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs hereby seek to dismiss without prejudice Plaintiffs' Eighth Amendment claims against the following defendants: Edmonson, Johnson, Leonetti, Pfeiffer, Slater, Dallas, Anderson, Crudup, Spaniol, Krull and Butler.

2. Plaintiffs' Fourth Amendment claims having been dismissed by the Court in response to Defendants' Motion for Summary Judgment (Dckt. No. 122), it is Plaintiffs' intention to proceed at trial on Plaintiffs' Eighth Amendment claims against Melody Hulett, Russell Reynolds, Alan Pasley, Renee Hatfield, Troy Dawdy, and Russell Craig.

3. Plaintiffs also have claims for injunctive relief that remain against Defendants Christine Brannon, Michael Atchison and Felipe Zavala, which Plaintiffs will pursue in the event they prevail in the liability phase of the trial.

4. Plaintiffs also request that their Eighth Amendment claims against Edmonson, Johnson, Leonetti, Pfeiffer, Slater, Dallas, Anderson, Crudup, Spaniol, Krull and Butler be dismissed with both sides to bear their own costs.

WHEREFORE, Plaintiffs respectfully request that this Court dismiss without prejudice Plaintiffs' Eighth Amendment claims against Edmonson, Johnson, Leonetti, Pfeiffer, Slater, Dallas, Anderson, Crudup, Spaniol, Krull and Butler, with both sides to bear their own costs.

RESPECTFULLY SUBMITTED,

/s/ Tara Thompson
Attorney for Plaintiffs

Tara Thompson
Vince Field
Ruth Brown
LOEVY & LOEVY
312 N. May St., Ste. 100
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

I, Tara Thompson, an attorney, certify that on November 8, 2016, I caused the foregoing Plaintiffs' Motion to Dismiss Plaintiffs' Eighth Amendment Claims Against Certain Defendants be served on all counsel of record via CM/ECF electronic filing.

/s/ Tara Thompson