The testimony of the following witness is being admitted for a limited purpose. You may hear evidence about whether Defendants' conduct complied with generally accepted national correctional standards. ~~But remember~~ You may consider this evidence as it relates to one or more Defendants' motive or intent. But remember that the issue is whether one or more Defendants violated Plaintiffs' Eighth Amendment rights, not whether generally accepted national correctional ~~standards national co~~ standards may have been complied with.

s/Laura K. Bautista

11/16/2016
for Defendants

s/Ruth Brown

11/16/2016
for Plaintiffs