**E-FILED**
Friday, 18 November, 2016  12:47:41 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Plaintiffs Beverly Throgmorton, et al.,     )
     )
     vs.     )
     )     CASE NO. 3:12-cv-3087
Defendants Russell Reynolds, et al.     )
     )

## PARTIES' JOINTLY PROPOSED INSTRUCTION NO. 16

You have heard evidence about whether Defendants' conduct complied with Illinois administrative rules and generally accepted national correctional standards and practices.  You may consider this evidence as it relates to one or more Defendants' motive or intent.  But remember that the issue is whether one or more Defendants violated Plaintiffs' Eighth Amendment rights, not whether administrative rules and generally accepted national correctional standards and practices have been complied with or violated.

Parties' Jointly Proposed Jury Instruction No. 16

_____     Given
_____     Rejected
_____     Withdrawn
_____     Objected to

RESPECTFULLY SUBMITTED,

/s/ Ruth Brown                                      /s/ Terry Corrigan
Attorney for Plaintiffs                             Attorney for Defendants

Tara Thompson                                       Terry Corrigan
Ruth Brown                                          Deborah Barnes
Vince Field                                         Karen McNaught
LOEVY & LOEVY                                        Laura Bautista
311 N. Aberdeen St., 3rd Floor                 OFFICE OF THE ILLINOIS ATTORNEY
Chicago, IL 60607                                   GENERAL

## **CERTIFICATE OF SERVICE**

I, Ruth Brown, an attorney, certify that on November 18, 2016, I caused the foregoing to be served on all counsel of record via CM/ECF electronic filing.

/s/ Ruth Brown