Question from Juror

s/Juror

Is there any estimate how long this will last?

(No scheduling problems, just curious.)

Jury question #1