**VERDICT FORM**
**Throgmorton v. Reynolds, et al., 12cv3087**

We, the jury, find with respect to the claims of Plaintiffs as follows:

*(Place an "X" on the appropriate line as regards each claim and each defendant).*

### Plaintiffs' Eighth Amendment Direct Liability Claim

|  | For Plaintiffs |  | For Defendant |
|---|---|---|---|
| Melody Hulett | _____ | or | ___X___ |
| Russell Reynolds | _____ | or | ___X___ |
| Alan Pasley | _____ | or | ___X___ |
| Renee Hatfield | _____ | or | ___X___ |
| Troy Dawdy | _____ | or | ___X___ |
| Russell Craig | _____ | or | ___X___ |

### Plaintiffs' Eighth Amendment Supervisory Liability Claim

|  | For Plaintiffs |  | For Defendant |
|---|---|---|---|
| Melody Hulett | _____ | or | ___X___ |
| Russell Reynolds | _____ | or | ___X___ |
| Alan Pasley | _____ | or | ___X___ |
| Renee Hatfield | _____ | or | ___X___ |
| Troy Dawdy | _____ | or | ___X___ |
| Russell Craig | _____ | or | ___X___ |

*(continued on next page)*

## VERDICT FORM CONTINUED

### Plaintiffs' Eighth Amendment Failure to Intervene Claim

|  | For Plaintiffs |  | For Defendant |
|---|---|---|---|
| Melody Hulett | _____ | or | ___X___ |
| Russell Reynolds | _____ | or | ___X___ |
| Alan Pasley | _____ | or | ___X___ |
| Renee Hatfield | _____ | or | ___X___ |
| Troy Dawdy | _____ | or | ___X___ |
| Russell Craig | _____ | or | ___X___ |

On the date below, we, the jury, completed this entire verdict form and signed below.

Date: 11/21/2016

s/ Juror
_____
Presiding Juror

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

35