Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Beverly Throgmorton, Delores Henry, Patricia Phillips, Jacqueline Hegwood, Sandra Brown, and Iesha Brown,**<br><br>　　　　　　　　**Plaintiffs,**<br><br>　　　vs.<br><br>**Reynolds, Anderson, Dallas, Edmonson, Johnson, Leonetti, Dowdy, Pfeiffer, Craig, Slater, Krudup, Unknown Illinois Department Of Corrections Employees, Melody Hulett, Krull, M Brooks, Butler, Last, Bender, Boch, Brown, Dilley, Hinton, Johner, Johnson, Kenney, Killam, Mathias, Rickord, Spaniol, Van Middlesworth, Warden, Deborah Hatfield, Alan Pasley, Eddie Jones, Renee Hatfield, Angela Locke, Felipe Zavala, Joseph Yurkovich, Christine Brannon, and Michael Atchison,**<br><br>　　　　　　　　**Defendants.** | Case Number: 12-3087 |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED**, pursuant to the jury verdict rendered on 11/21/2016, judgment is entered in favor of the Defendants and against the Plaintiffs.

3/28/2013 ---- Defendant Deborah Hatfield terminated per Fourth Amended Complaint.

    4/14/2016 ---- Defendants Unknown Illinois Department of Corrections Employees, M Brooks, Last, Bender, Boch, Brown, Dilley, Hinton, Johner, Kenney, Killam, Mathias, Rickord, Van Middlesworth, Warden, Joseph Yurkovich, Eddie Jones, and Angela Locke terminated per Order entered by Judge Richard Mills.

    11/9/2016 ---- Defendants Anderson, Dallas, Edmonson, Johnson, Leonetti, Pfeiffer, Slater, Krudup, Krull, Butler, Johnson, and Spaniol terminated per Text Order entered by Judge Richard Mills.

**Dated:    November 22, 2016**

                                              s/ Kenneth A. Wells
                                              Kenneth A. Wells
                                              Clerk, U.S. District Court