# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| DELORES HENRY, PATRICIA PHILLIPS, JACQUELINE HEGWOOD, SANDRA BROWN, and IESHIA BROWN, | |
| Plaintiffs, | Case No. 3:12-cv-3087 |
| v. | Notice of Appeal and Docketing Statement |
| MELODY HULETT, RUSSELL REYNOLDS, ABRAHAM ANDERSON, BENNY DALLAS, CARLITA EDMONSON, KIM JOHNSON, PETER LEONETTI, TROY DAWDY, PAUL PFEIFFER, RUSSELL CRAIG, MONICA SLATER, DOMINIQUE CRUDUP, COURTNEY KRULL, ANDREA BUTLER, STEPHANIE SPANIOL, RENEE HATFIELD, ALAN PASLEY, CHRISTINE BRANNON, in her official capacity as WARDEN OF LOGAN CORRECTIONAL CENTER, FELIPE ZAVALA, in his official capacity as MANAGER OF STAFF DEVELOPMENT AND TRAINING, and MICHAEL ATCHISON, in his official capacity as CHIEF OF OPERATIONS, | |
| Defendants. | |

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs Delores Henry, Patricia Phillips, Jacqueline Hegwood, Sandra Brown, and Ieshia Brown, on behalf of themselves and a certified class similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit the Order granting summary judgment on Plaintiffs' Fourth Amendment Claim (Dkt. No. 122), entered on April 14, 2016.

DATED:  December 21, 2016	Respectfully submitted,

	/s/ Ruth Brown
	*One of Plaintiffs' Attorneys*

Michael Kanovitz
Jon Loevy
Arthur Loevy
Tara Thompson
Ruth Brown
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Ruth Brown, an attorney, certify that on December 21, 2016, I caused the foregoing Notice of Appeal and Docketing Statement to be served on all counsel of record via CM/ECF electronic filing.

	/s/ Ruth Brown

**IN THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| DELORES HENRY, PATRICIA PHILLIPS, JACQUELINE HEGWOOD, SANDRA BROWN, and IESHIA BROWN,<br><br>    Plaintiffs-Appellants,<br><br>    v.<br><br>MELODY HULETT, RUSSELL REYNOLDS, ABRAHAM ANDERSON, BENNY DALLAS, CARLITA EDMONSON, KIM JOHNSON, PETER LEONETTI, TROY DAWDY, PAUL PFEIFFER, RUSSELL CRAIG, MONICA SLATER, DOMINIQUE CRUDUP, COURTNEY KRULL, ANDREA BUTLER, STEPHANIE SPANIOL, RENEE HATFIELD; ALAN PASLEY, CHRISTINE BRANNON, in her official capacity as WARDEN OF LOGAN CORRECTIONAL CENTER; FELIPE ZAVALA, in his official capacity as MANAGER OF STAFF DEVELOPMENT AND TRAINING; and MICHAEL ATCHISON, in his official capacity as CHIEF OF OPERATIONS,<br><br>    Defendants-Appellants. | Appeal No. 16-_____<br><br>Appeal from Case No. 3:12-cv-3087 (C.D. Ill.) (Mills, J.) |

## **SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT**

Named Plaintiffs-Appellants Delores Henry, Patricia Phillips, Jacqueline Hegwood, Sandra Brown, and Ieshia Brown, on behalf of themselves and a certified class similarly situated, by and through their attorneys, Loevy & Loevy, respectfully submit this Docketing Statement pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

This is an appeal from a grant of a Rule 56 Motion for Summary Judgment on Plaintiffs' Fourth Amendment claims, which was entered on April 14, 2016, by the District Court, the Honorable Judge Richard Mills presiding (Dkt. No. 122). The underlying action was brought

pursuant to 42 U.S.C. § 1983, alleging a violation of Plaintiffs' rights under the United States Constitution by Defendants.  Final judgment was entered in the case on November 22, 2016 (Dkt. No. 122), and no further claims or parties remain for disposition in the district court.

Statutory authority for appellate jurisdiction in this matter is found at 28 U.S.C. § 1291 and 28 U.S.C. § 1294.


DATED:  December 21, 2016                              Respectfully submitted,

/s/ Ruth Brown
*One of Plaintiffs' Attorneys*

Michael Kanovitz
Jon Loevy
Arthur Loevy
Tara Thompson
Ruth Brown
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900


**CERTIFICATE OF SERVICE**

I, Ruth Brown, an attorney, certify that on December 21, 2016, I caused the foregoing Notice of Appeal and Docketing Statement to be served on all counsel of record via CM/ECF electronic filing.

/s/ Ruth Brown