IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DELORES HENRY, et al., on behalf of themselves and a class of others similarly situated, | ) ) ) | |
| | ) | 3:12-CV-3087 |
| | ) | |
| Plaintiffs, | ) | Hon. Richard Mills |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| MELODY HULETT, et al., | ) | |
| Defendants. | | |

**MOTION TO WITHDRAW**

NOW COME Plaintiffs, by and through their attorneys, LOEVY & LOEVY, and hereby seeks leave of the Court to withdraw attorney Tara Thompson as counsel for Plaintiffs. In support, Plaintiffs state as follows:

1.      Ms. Thompson has concluded her employment at Loevy & Loevy, the firm representing Plaintiffs.

2.      Plaintiffs will continue to be represented by Jon Loevy, Arthur Loevy, Michael Kanovitz, and Ruth Brown of Loevy & Loevy.

3.      No party will be prejudiced if Ms. Thompson is permitted to withdraw her appearance inthis matter.

WHEREFORE, Plaintiffs respectfully request the court enter an order permitting her towithdraw her appearance as counsel in this matter.

Dated: April 7, 2021                    Respectfully submitted,

                                        s/ Jon Loevy
                                        One of Plaintiff's Attorneys

Jon Loevy
Arthur Loevy
Michael Kanovitz
Ruth Brown
LOEVY & LOEVY
311 North Aberdeen Street
Chicago, IL 60607

## **CERTIFICATE OF SERVICE**

I, Jon Loevy, an attorney, hereby certify that on April 7, 2021, I filed the

foregoing motion using the Court's CM/ECF system, which effectuated service on all

counsel of record.

/s/ Jon Loevy
*One of Plaintiff's Attorneys*