# VERDICT FORM
## Phillips v. Reynolds, et al., 12cv3087

JUN 0 7 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

We, the jury, find with respect to Plaintiffs' claims as follows:

*(Place an "X" on the appropriate line.)*

### 1. Direct Participation Claim

|  | For Plaintiffs | | For Defendant |
|---|---|---|---|
| Melody Hulett | X | or | |
| Russell Reynolds | X | or | |
| Renee Hatfield | X | or | |
| Troy Dawdy | X | or | |
| Dominique Crudup | | or | X |

### 2. Failure to Intervene Claim

|  | For Plaintiffs | | For Defendant |
|---|---|---|---|
| Melody Hulett | X | or | |
| Russell Reynolds | X | or | |
| Renee Hatfield | X | or | |
| Troy Dawdy | X | or | |
| Dominique Crudup | | or | X |

## 3. Supervisory Liability Claim

|  | For Plaintiffs | For Defendant |
|---|---|---|
| Melody Hulett | X or | |
| Russell Reynolds | X or | |
| Renee Hatfield | X or | |
| Troy Dawdy | X or | |

## 4. Compensatory Damages

*If you found for Plaintiffs on any claims, fill in below the amount of compensatory damages you award to each Plaintiff. If you found for Plaintiffs on any claims but find that Plaintiffs failed to prove compensatory damages, you must award $1.00 to each Plaintiff. If you found for all Defendants on all claims, skip numbers 4 and 5 because you will not award damages.*

Having found for Plaintiffs on one or more claims, we award compensatory damages as follows:

| Patricia Phillips | $20,000 |
| Ieshia Brown | $20,000 |
| Miranda Howard | $20,000 |
| Teresa Williams | $20,000 |
| Veela Morris | $20,000 |
| Michelle Wells | $20,000 |

## 5. Punitive Damages

*If you found against a Defendant, fill in below the amount of punitive damages you award to each Plaintiff against that Defendant, if any. If you found for all Defendants on all claims, skip this part because you will not award damages.*

Having found against a particular Defendant, we award punitive damages to each Plaintiff and against that Defendant as follows:

### Plaintiff Patricia Phillips:

| | |
|---|---|
| Melody Hulett | $3,000 |
| Russell Reynolds | $2,000 |
| Troy Dawdy | $0 |
| Renee Hatfield | $500 |
| Dominique Crudup | |

### Plaintiff Ieshia Brown:

| | |
|---|---|
| Melody Hulett | $3,000 |
| Russell Reynolds | $2,000 |
| Troy Dawdy | $0 |
| Renee Hatfield | $500 |
| Dominique Crudup | |

**Plaintiff Miranda Howard:**

Melody Hulett         $3,000

Russell Reynolds      $2,000

Troy Dawdy            $0

Renee Hatfield        $500

Dominique Crudup      _____

**Plaintiff Teresa Williams:**

Melody Hulett         $3,000

Russell Reynolds      $2,000

Troy Dawdy            $0

Renee Hatfield        $500

Dominique Crudup      _____

**Plaintiff Veela Morris:**

Melody Hulett         $3,000

Russell Reynolds      $2,000

Troy Dawdy            $0

Renee Hatfield        $500

Dominique Crudup      _____

49

**Plaintiff Michelle Wells:**

| | |
|---|---|
| Melody Hulett | $3,000 |
| Russell Reynolds | $2,000 |
| Troy Dawdy | $0 |
| Renee Hatfield | $500 |
| Dominique Crudup | |

On the date below, we, the jury, completed this entire verdict form and signed below.

Date: 6-7-2022

s/ Presiding Juror

Presiding Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror