IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PATRICIA PHILLIPS, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| -vs- | ) ) | No.   12-3087-SEM |
| MELODY HULETT, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF COMPLIANCE

Defendants, RUSSELL REYNOLDS, TROY DAWDY, MELODY HULETT, and RENEE HATFIELD, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, hereby provide notice of compliance with this Court's order compelling production of documents.

   1.   On November 8, 2022, Plaintiffs filed a motion to compel certain discovery (Doc. 293), which the Court granted in part on January 4, 2023, order Defendants to produce all outstanding documents responsive to Plaintiffs' Request for Production 10 and 11 by January 21, 2023. 1/4/2023 Text Order. On Defendants' motion, the Court later extended that deadline to February 7, 2023. 1/23/23 Text Order.

   2.   The Illinois Department of Corrections has completed its review of all masterfiles identified as potentially containing responsive documents.

3. On January 26, 2023, Defendants complied with the Court's order by producing the remaining document identified as responsive to Plaintiffs' requests.

          Respectfully submitted,

          RUSSELL REYNOLDS, TROY DAWDY,
          MELODY HULETT, and RENEE HATFIELD,

            Defendants,

| | |
|---|---|
| Laura K. Bautista #6289023 | Kwame Raoul, Illinois Attorney General, |
| Assistant Chief Deputy Attorney General | |
| 500 South Second Street | Attorney for Defendants, |
| Springfield, Illinois 62701 | |
| (217) 782-5819 Phone | By: s/ Laura K. Bautista |
| (217) 787-8767 Fax | LAURA K. BAUTISTA |
| Email: laura.bautista@ilag.gov | Assistant Chief Deputy Attorney General |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PATRICIA PHILLIPS, et al., | ) | |
| Plaintiffs, | ) | |
| -vs- | ) | No.   12-3087-SEM |
| MELODY HULETT, et al., | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, the foregoing document, **Defendants' Notice of Compliance**, was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

By:   s/Laura K. Bautista
Laura K. Bautista
Assistant Chief Deputy Attorney General