IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PATRICIA PHILLIPS, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| -vs- | ) ) | No. 12-3087 |
| MELODY HULETT, et al., | ) ) ) | |
| Defendants. | ) | |

### INDEX OF EXHIBITS TO
### PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
### PROPOSED CLASS ACTION SETTLEMENT

| Exhibit No. | Description of Document |
|---|---|
| 1 | Parties' Settlement Agreement |
| 1-A | Settlement Agreement Exhibit A, Proposed Preliminary Approval Order |
| 1-B | Settlement Agreement Exhibit B, Class Notice |
| 1-C | Settlement Agreement Exhibit C, Proposed Final Approval Order |
| 1-D | Settlement Agreement Exhibit D, Claim Form |
| 1-E | Settlement Agreement Exhibit E, Agreed Class List (filed under seal) |
| 2 | *McBean* class notice |
| 3 | *Schaffer* class notice |
| 4 | *Young* class notice |